ANGELA RAVAUD, Appellant, *v.* JEAN RAVAUD, Respondent.

Submitted October 4, 1948; decided October 6, 1948.

*Jules Jacobs* for motion.
*Louis Merlino* and *Parnell J. T. Callahan* opposed.

Motion denied, without costs.